IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR19-1 |
| | : | |
| REMY RA ST FELIX | : | |

The Grand Jury charges:

On or about October 8, 2024, in the County of Guilford, in the Middle District of North Carolina, REMY RA ST FELIX, did knowingly engage in any conduct and thereby caused and attempted to cause bodily injury to Witness-1 with intent to retaliate against Witness-1 for the attendance of Witness-1 and testimony given by Witness-1 in an official proceeding, to wit, the trial in criminal case 1:23-CR-00260-02 of REMY RA ST FELIX in the Middle District

of North Carolina; in violation of Title 18, United States Code, Sections 1513(b)(1) and (c).

DATED: January 13, 2025

SANDRA J. HAIRSTON
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON