IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:25CR19-1 |
| | : | 1:23CR260-2 |
| REMY RA ST FELIX | : | |

NOTICE OF RELATED CASES

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and advises the Court of related cases. On January 13, 2025, a grand jury in the Middle District of North Carolina returned an indictment charging Remy Ra St Felix with one count of retaliating against a witness for attendance and testimony given in case 1:23CR260-2, in violation of 18 U.S.C. § 1513(b)(1) and (c). Dkt. Ent. #1 in 1:25CR19-1.

This, the 15th day of January, 2025.

                                      SANDRA J. HAIRSTON
                                      United States Attorney

                                      /S/ ERIC L. IVERSON
                                      Assistant United States Attorney
                                      Middle District of North Carolina
                                      NCSB No.: 46703
                                      101 S. Edgeworth St., 4th Floor
                                      Greensboro, NC  27401
                                      Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on January ____, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record. If there is not yet counsel of record, the foregoing will be available to counsel when counsel makes an appearance.

Respectfully submitted,

ERIC L. IVERSON
Assistant United States Attorney
Middle District of North Carolina
NCSB No. 46703
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: (336) 333-5351