IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR19-1 |
| | : | |
| REMY RA ST FELIX | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Randall S. Galyon, Acting United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

June 2024 Trial of Remy Ra St Felix - 1:23CR260-2:

In November 2023, Remy Ra St Felix was charged in a superseding indictment for crimes stemming from a scheme to steal cryptocurrency by home invasion robberies. The indictment charged St Felix with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, one count of conspiracy to commit kidnapping, in violation of 18 U.S.C. § 1201(c), one count of conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a), three counts of wire fraud, in violation of 18 U.S.C. § 1343, one count of kidnapping, in violation of 18 U.S.C. § 1201(a)(1), one count of Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a), and one count of brandishing a

firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). 1:23CR260-2 DE #37; *See also* 1:23CR260-2 DE #128 ¶¶9-60 (describing the scheme).

Multiple individuals, including Witness-1, were charged for their participation in the home invasion scheme. Witness-1, and twelve others, pled guilty. St Felix elected to go to trial. St Felix's trial commenced on June 17, 2025 before Judge William L. Osteen, Jr., and concluded on June 25, 2024, when the jury returned a guilty verdict on all counts. 1:23CR260-2 DE #101.

At the trial, the United States called Witness-1 who testified about St Felix's involvement in the home invasion robbery scheme. Among other topics, Witness-1 identified home invasions that St Felix participated in, including one in Durham, North Carolina, explained that St Felix recruited Witness-1 to participate in the scheme, and explained that St Felix purchased jewelry with proceeds from the Durham home invasion. 1:23CR260-2 DE #176 pp. 201-247.

On September 11, 2024, Judge Osteen sentenced St Felix to 564 months (47 years) in prison. 1:23CR260-2 DE #157.

St Felix Assaulted Victim-1 on October 8, 2024:

In Fall 2024, both St Felix and Witness-1 were housed in the Guilford County Detention Center but were kept apart pursuant to a separation request. However, on October 8, 2024, St Felix and Witness-1 crossed paths prior to being transported to a different facility. Witness-1 was seated in the

"booking area" restrained with leg shackles, a belly chain, and handcuffs. St Felix was allowed out of a holding cell in the same area.

St Felix crossed the room and attacked Witness-1 with a series of punches, striking him in the face, head, and body. Witness-1 attempted to protect himself by covering his face. The incident was captured on video surveillance and lasted approximately ten seconds before being stopped by detention officers.



During the incident, St Felix called Witness-1 a "rat." A detention officer heard St Felix say, "you got me 47 years." Witness-1 declined medical attention.

That evening, after being transported to another facility, St Felix called his mother and stated, "I beat him up while he was chained up. Yeah, I beat him up, it was a quick little a whooping." St Felix then called his girlfriend and explained that he assaulted Witness-1. When she expressed concern that St Felix would get in trouble, he replied, "I beat his ass at the other jail so it don't

3

count over here [laughs]. Bro that [expletive] a rat. Bro you a rat you got me 47 years."

When interviewed later, Witness-1 advised that, as a result of the assault, he sustained a small red mark on his forehead. He said that his injuries did not hurt "that bad" and described his pain level as a four or five out of ten.

This the 2nd day of May, 2025.

    Respectfully Submitted,

    RANDALL S. GALYON
    Acting United States Attorney

    /S/ ERIC L. IVERSON
    Assistant United States Attorney
    Middle District of North Carolina
    NCSB No.: 46703
    101 S. Edgeworth St., 4th Floor
    Greensboro, NC  27401
    Phone: 336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George E. Crump, III, Counsel for the Defendant

/S/ ERIC L. IVERSON
Assistant United States Attorney
Middle District of North Carolina
NCSB No.: 46703
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351